UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH )<br>OF THE RESIDENCE OF 53 WATSON )<br>ROAD, DOVER NH, A 2003 VOLVO 60 )<br>WITH NH REGISTRATION # 4629088 )<br>AND THE PERSON OF EVAN )<br>GADAROWSKI ) | Case No. 1:21-MJ- 42-01-AJ |

MOTION TO SEAL AT LEVEL II: ENITRE MATTER
RELATED TO APPLICATION FOR SEARCH WARRANT

In the above captioned case, the United States of America respectfully moves to seal at Level II the entire matter related to the Application for a Search Warrant, including the application, the supporting affidavit, any search warrant that may issue, the resulting return, this motion, and the corresponding docket text entries for 180 days, expiring on August 28, 2021, except that the government may later disclose these materials to comply with its discovery obligations under the local rules.

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion.

The Court should seal these documents because they contain sensitive information, which, if prematurely released, may compromise an ongoing criminal investigation. Specifically, the application contains information identifying targets of the investigation. Investigators believe that those targets are unaware that they are considered suspects or are unaware of the incriminating evidence investigators have gathered against them. Should information identifying those targets and the evidence against them be released, it may cause them to flee, destroy evidence, or change their patterns of behavior.

Motion To Seal Entire Matter Related to Search Warrant
Page 2 of 2

      This motion is not intended to preclude the executing officer from serving a copy of the application and a receipt for any property seized as required by Federal Rule of Criminal Procedure 41(f)(1)(C).

                              Respectfully submitted,

                              SCOTT W. MURRAY
                              United States Attorney

Dated: March 2, 2021          By: /s/ Georgiana L. MacDonald
                                       Georgiana L. MacDonald
                                       Assistant United States Attorney
                                       MA Bar # 685375
                                       United States Attorney's Office
                                       53 Pleasant Street, 4th Floor
                                       Concord, NH   03301
                                       (603) 225-1552
                                       georgiana.konesky@usdoj.gov

Motion:      ☑ Granted    ☐ Denied

*/s/ Andrea K. Johnstone*

Andrea K. Johnstone
United States Magistrate Judge
United States District Court
District of New Hampshire
Date: March 2, 2021